UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC DEVON PARSONS, | CASE NO.: |
| Plaintiff, | |
| vs. | |
| TRANS UNION (OF DELAWARE), LLC<br>Aka TRANS UNION LLC dba TRANSUNION | |
| Defendant. | |

### TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("TransUnion") hereby removes the subject action from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York, on the following grounds:

### THE PARTIES

1. Plaintiff Eric Devon Parsons ("Parsons") is a natural person who resides in the State of New York.

2. Defendant TransUnion is a Delaware corporation with its principal place of business in Illinois.

### NATURE OF CASE

3. On June 8, 2024, Parsons commenced this action in Supreme Court of the State of New York, County of Queens, entitled *Eric Devon Parsons v. Trans Union (Of Delaware), LLC aka Trans Union LLC dba TransUnion.*, Docket Number 712099/2024. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. On June 11, 2024, Parsons served TransUnion with a Summons with Notice filed in the Supreme Court of the State of New York, County of Queens, Docket Number 712099/2024. A true and correct copy of the Summons is attached hereto as **Exhibit B**. No other process, pleadings, or orders have been served on TransUnion.

4. Parsons makes claims under and alleges that TransUnion violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). *See* Ex. A.

5. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA, which thus supplies this federal question.

6. Pursuant to 28 U.S.C. § 1441, et seq., this case may be removed from the Supreme Court of the State of New York, County of Queens to the United States District Court for the Eastern District of New York. This Court is the proper district court for removal because the State Court Action is pending within this district.

7. Removal is timely under 28 U.S.C. § 1446 because this Notice of Removal is filed within 30 days after TransUnion's receipt of a copy of the Summons with Notice, filed in the Supreme Court of the State of New York, County of Queens.

8. Attached hereto as **Exhibit C** is a copy of TransUnion's Notice of Filing Notice of Removal to be filed in the Supreme Court of the State of New York, County of Queens, Docket Number 712099/2024.

9. Notice of this Removal will promptly be filed with the Supreme Court of the State of New York, County of Queens and served upon all parties.

**WHEREFORE**, Defendant TransUnion, by counsel, removes the subject action from the Supreme Court of the State of New York, County of Queens to this United States District Court, Eastern District of New York.

Date: July 10, 2024　　　　　　　　　　**BUCHANAN INGERSOLL & ROONEY PC**

　　　　　　　　　　　　　　　　　　　By: */s/ Jacqueline M. Weyand*
　　　　　　　　　　　　　　　　　　　Jacqueline M. Weyand ((4947297)
　　　　　　　　　　　　　　　　　　　640 5th Avenue, 9th Floor
　　　　　　　　　　　　　　　　　　　New York, New York, 10019
　　　　　　　　　　　　　　　　　　　(215) 440 4488
　　　　　　　　　　　　　　　　　　　Jacqueline.weyand@bipc.com
　　　　　　　　　　　　　　　　　　　*Counsel for Trans Union, LLC*